No. 85–1891.  IN RE PHINNEY;
No. 85–1991.  IN RE POLYAK;
No. 85–2081.  IN RE GRACE;
No. 85–2171.  IN RE BARTSCH ET AL.;
No. 85–6723.  IN RE JAMES;
No. 85–6983.  IN RE DAWSON;
No. 85–6986.  IN RE CLARK;
No. 85–7077.  IN RE WALDEN;
No. 85–7079.  IN RE CUZICK;
No. 86–217.   IN RE SMITH ET AL.;
No. 86–5032.  IN RE WILSON;
No. 86–5042.  IN RE SINGLETON;
No. 86–5139.  IN RE RUBIN;
No. 86–5217.  IN RE MEADOWS; and
No. 86–5267.  IN RE COOK.  Petitions for writs of mandamus denied.

No. 85–6938.  IN RE STARGELL;
No. 85–6952.  IN RE ZURKOWSKY;
No. 85–7098.  IN RE NELSON;
No. 85–7117.  IN RE NOLL; and
No. 86–162.   IN RE BAKER, SECRETARY OF THE TREASURY, ET AL.  Petitions for writs of mandamus and/or prohibition denied.

No. 85–6935.  IN RE WRIGHT ET UX.; and
No. 85–7215.  IN RE WENDT.  Petitions for writs of prohibition denied.

*Probable Jurisdiction Noted*

No. 85–1963.  TYLER PIPE INDUSTRIES, INC. *v.* WASHINGTON STATE DEPARTMENT OF REVENUE; and
No. 85–2006.  NATIONAL CAN CORP. ET AL. *v.* WASHINGTON STATE DEPARTMENT OF REVENUE.  Appeals from Sup. Ct. Wash.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.  JUSTICE POWELL took no part in the consideration or decision of these cases.*  Reported below: No. 85–1963, 105 Wash. 2d 318, 715 P. 2d 123; No. 85–2006, 105 Wash. 2d 327, 732 P. 2d 134.